UNITED STATES of America, Plaintiff–Appellee

v.

Michael BELL, Defendant–Appellant.

No. 08–31192
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Michael Bell appeals the sentence imposed following the district court's reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). Bell argues that the holding in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), applies in § 3582(c)(2) proceedings and that the district court abused its discretion by not imposing a sentence below the amended guidelines sentencing range. Bell's arguments are foreclosed by *United States v. Doublin*, 572 F.3d 235, 236–39 (5th Cir.2009), *petition for cert. filed* (Sept. 21, 2009) (No. 09–6657).

AFFIRMED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.